IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

W. D. HUTCHINSON
CONSTRUCTION, LLC,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D16-2542

v.

DEPARTMENT OF
FINANCIAL SERVICES,
DIVISION OF WORKERS'
COMPENSATION,

     Appellee.

_____/

Opinion filed April 6, 2017.

An appeal from an order of the Department of Financial Services.

David A. Lamont, The Bleakley Bavol Law Firm, Tampa, for Appellant.

Trevor Suter, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.